UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE TAN, et al., | No. C11-2874 EMC |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| WELLS FARGO BANK NA, et al. | |
| Defendants. | |

On June 13, 2011, Defendants Wells Fargo Bank, etc. filed a Notice of Removal of Plaintiffs' Complaint from the Alameda Superior Court. On August 8, 2011, an Order Granting Defendants Wells Fargo, etc.'s Motion to Dismiss was entered. Plaintiffs did not serve the remaining defendants AH Mortgage, AHM, Option One, and MERS with the Notice of Removal, and none have appeared in the case. A Clerk's Notice scheduling a Case Management Conference for December 20, 2011 at 9:00 a.m. was mailed to Plaintiffs at their last known addresses on November 4, 2011. In the Clerk's Notice, the Court instructed Plaintiffs to serve such notice upon defendants. The mailing has not be returned. Plaintiffs failed to appear at the initial Case Management Conference, which was held on December 20, 2011.

Accordingly, Plaintiffs are hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute and to comply with this Court's order. Their show cause response must be filed in this Court no later than **January 10, 2012**. Plaintiffs are further directed to appear for a show cause hearing on **January 20, 2012, at 1:30 p.m.** in Courtroom 5, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Failure to file a

1 | response or to appear at the hearing will result in dismissal of the action. Plaintiffs may wish to
2 | consult the Court's "Handbook for Litigants Without a Lawyer," available from the Clerk's Office or
4 | on the Court's website at http://www.cand.uscourts.gov/prosehandbk.

6     IT IS SO ORDERED.

8 Dated: December 20, 2011     _____
    EDWARD M. CHEN
9     United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TAN et al,

    Plaintiff,

v.

WELLS FARGO BANK NA et al,

    Defendant.

Case Number: CV11-02874 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Tan
No. 3 Dow Court
Alameda, CA 94501

Amie Tan
No 3. Dow Court
Alameda, CA 94501

Dated: December 20, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3