UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE TAN, et al., | No. C11-2874 EMC |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| WELLS FARGO BANK NA, et al. | |
| Defendants. _____/ | |

This case was set for hearing on January 20, 2012 for an Order to Show Cause why this case should not be dismissed for failure to prosecute and to comply with this Court's order.  The Order to Show Cause was mailed to Plaintiffs at their last known address on December 20, 2011.  The mailing has not be returned.  Plaintiffs did not appear nor did they respond to this Court's order to show cause.

In view of Plaintiffs' numerous non-appearances and failure to respond to or communicate with either defense counsel or the Court and failure to comply with this Court's orders, the Court hereby dismisses the case without prejudice pursuant to Fed. R. Civ. P. 41(b).

This Order shall be served upon Plaintiffs at their last known address.

IT IS SO ORDERED.

Dated: January 24, 2012      _____
                             EDWARD M. CHEN
                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TAN et al,

        Plaintiff,

v.

WELLS FARGO BANK NA et al,

        Defendant.

Case Number: CV11-02874 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allen Tan
No. 3 Dow Court
Alameda, CA 94501

Amie Tan
No 3. Dow Court
Alameda, CA 94501

Dated: January 24, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2